IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No: 13 cv 50291 |
| v. | ) ) | Magistrate Judge: Iain D. Johnston |
| Mosley Construction, Inc. et al Defendants. | ) ) | |

## **ORDER**

Status and motion hearing held on 2/25/2014. Defendant Mosley Construction, Inc. was not present. Parties to file a proposed case management order by 3/11/2014. It is the Report and Recommendation that plaintiff's motion for default judgment against Mosley Construction, Inc. is granted. Objections to the Report and Recommendation should be filed within 14 days. Telephonic status hearing set for 3/20/2014 at 9:00 AM. Parties are directed to contact the Court's operations specialist by 3/18/2014 and provide phone numbers for appearances at the 3/20 hearing.

(:05)

Date: February 25, 2014                               /s/ Iain D. Johnston