IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Ill., et al., | ) ) ) | |
|     *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No: 13 C 50291 |
| Mosley Construction, Inc., et al, | ) ) | |
|     *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

This matter comes before the court based on a report and recommendation ("R&R") [20] from the magistrate judge that this court grant plaintiffs' motion for entry of default and a turnover order [13] against defendant Mosley Construction, Inc. for failure to answer. The record shows that Mosley was served on November 5, 2013. As of this date, Mosley has not entered an appearance, filed an answer, otherwise pled, or objected to the magistrate judge's R&R. Accordingly, there being no written objection to the magistrate judge's R&R entered on 2/25/2014, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R [20] and grants plaintiffs' motion for entry of default [13] as to Mosley. Turnover order to be entered separately.

Date: 3/25/2014                          ENTER:

                                                _____

                                                FREDERICK J. KAPALA

                                                District Judge